## Commonwealth *v.* Wilhelm, Appellant.

Argued December 1, 1927.   Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

Appeal, No. 258, Jan. T., 1927, by defendant, from judgment of Superior Court, Oct. T., 1926, No. 315, affirming judgment of Q. S. Schuylkill Co., June T., 1926, No. 586, in case of Commonwealth v. William Wilhelm. Affirmed.

*Graham C. Woodward,* for appellant.

*C. W. Staudenmeier,* with him *M. F. Duffy,* Assistant District Attorney, and *M. H. Spicker,* District Attorney, for appellee.

OPINION BY MR. JUSTICE KEPHART, January 23, 1928:
The judgment and order of the Superior Court is affirmed in this case on the authority of Commonwealth of Pennsylvania v. Foley, this day filed.   Costs to be paid by appellant.